UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDON C.,[1]<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, *Commissioner of Social Security*,[2]<br><br>　　　　　　　　　　Defendant. | Case No.: 23cv2049-MSB<br><br>**ORDER GRANTING JOINT MOTION STIPULATING TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**[ECF NO. 12]** |

Presently before the Court is the Parties' Joint Motion Stipulating to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g).  (See "Joint Motion," ECF No. 12.)  The Parties represent that remand will allow the Commissioner to "further develop the record as necessary, and issue a new decision."  (Id. at 2.)  They request the Clerk of Court "enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner."  (Id.)

---

[1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."
[2] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.  See SSA Commissioner, https://www.ssa.gov/agency/commissioner/ (last visited on February 8, 2024). Pursuant to Rule 25 of the Federal Rules of Civil Procedure, Martin O'Malley is automatically substituted for Kilolo Kijakazi as the Defendant in this lawsuit.  See Fed. R. Civ. P. 25(d).

After considering the Parties' stipulation and relevant law, and good cause appearing, the Court **GRANTS** the Parties' Joint Motion and **REMANDS** this action to the Commissioner of Social Security for a new decision by an administrative law judge. Judgment is entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court **DIRECTS** the Clerk of the Court to close the case.

**IT IS SO ORDERED.**

Dated: February 8, 2024

Honorable Michael S. Berg
United States Magistrate Judge